# United States Bankruptcy Court for the Eastern District of Louisiana

IN RE:

Mary E. Folds

Case No. 18-10904
Chapter 7

_____Debtor(s)_____ /

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $3,700.19 deposited with the court, constituting unclaimed funds due to Synchrony Bank, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE,** the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $3,700.19, plus all interest earned, less the assessment fee for the administration of funds, payable to PYOD LLC, 55 Beattie Place, Ste-110 , Greenville, SC 29601 and to mail or deliver the check(s) to Dilks & Knopik, LLC at 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Dated: Nov. 19, 2019

_____
UNITED STATES BANKRUPTCY COURT JUDGE