# United States Bankruptcy Court for the
# Eastern District of Louisiana

IN RE:

Mary E. Folds

Case No. 18-10904
Chapter 7

Debtor(s) /

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $541.12 deposited with the court, constituting unclaimed funds due to Synchrony Bank, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE,** the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $541.12, plus all interest earned, less the assessment fee for the administration of funds, payable to PYOD LLC, 55 Beattie Place, Ste-110 , Greenville, SC 29601 and to mail or deliver the check(s) to Dilks & Knopik, LLC at 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Dated: Nov. 18, 2019.

UNITED STATES BANKRUPTCY COURT JUDGE

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Mary E Folds  
       Debtor

Case No. 18-10904-JAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                         Form ID: pdf877     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
db          +Mary E Folds,    120 Deforest Dr.,    Madisonville, LA 70447-9602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
intp         E-mail/Text: cmecf@dilksknopik.com Nov 19 2019 19:56:33      PYOD, LLC,  
              c/o Dilks & Knopik, LLC,    35308 SE Center Street,    Snoqualmie, WA 98065-9216  
3670739       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 20:14:17      Synchrony Bank,  
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021  
                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:  
         Barbara Rivera-Fulton     barbararfulton2015@gmail.com,    la49@ecfcbis.com  
         David J. Messina    on behalf of Trustee Barbara Rivera-Fulton messina@chaffe.com,  
          bankruptcy@chaffe.com;laudumiey@chaffe.com  
         Office of the U.S. Trustee     USTPRegion05.NR.ECF@usdoj.gov  
         Rachel Thyre Vogeltanz    on behalf of Debtor Mary E Folds rachel@rachel.law,    rthyre@gmail.com  
                                                                                                         TOTAL: 4